UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

     - v. -

MIGUEL TORRES,
   a/k/a "Irving Nieves-Ortiz,"

      Defendant.

- - - - - - - - - - - - - - - - - - - x

**ORIGINAL**

INFORMATION
07 Cr.



07 CRIM. 505 (CLB)

U.S. DISTRICT COURT
FILED
JUN 0 6 2007
S.D. W.P. OF N.Y.

## COUNT ONE

     The United States Attorney charges:

     1.  On or about November 29, 2006, in the Southern District of New York, MIGUEL TORRES, a/k/a "Irving Nieves-Ortiz," the defendant, unlawfully, intentionally, and knowingly distributed and possessed with intent to distribute a controlled substance, to wit, approximately 300 grams of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

   (Title 21, United States Code,  Sections 812, 841(a)(1), and
841(b)(1)(A).)

MICHAEL J. GARCIA
United States Attorney