# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

UNITED STATES OF AMERICA,  :

v.  :

MIGUEL TORRES,  
   a/k/a "Irving Nieves-Ortiz,"  :

                    Defendant.  :

------------------------------------------------ x

07 Cr. 505 (CLB)

FILED JUN 06 2007 U.S. DISTRICT COURT W.P. S.D. OF N.Y.

      **MIGUEL TORRES, a/k/a "Irving Nieves-Ortiz,"** the above-named defendant, who is accused of violating Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A), having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                                          _/s/ Miguel Torres_  
                                                                Defendant

                                                                Counsel for Defendant

Date:  White Plains, New York  
          June 6, 2007

