UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against

MIGUEL TORRES

07 Cr 0505(CLB)

ORDER ACCEPTING PLEA ALLOCUTION

BRIEANT, J.

    The Court has reviewed the transcript of the plea allocution in the above entitled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Mark D. Fox, United States Magistrate Judge, dated, June 06, 2007 is approved and accepted.

    The Clerk of the Court is directed to enter the plea.

Dated: June 18, 2007

    SO ORDERED:

    _____

    CHARLES L. BRIEANT
    UNITED STATES DISTRICT JUDGE