AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN    DISTRICT OF    NEW YORK



APPEARANCE

UNITED STATES OF AMERICA
v.
MIGUEL TORRES

Case Number: 07CR505 (CLB)

To the Clerk of this court and all parties of record:

Enter my appearance as co-counsel in this case for

MIGUEL TORRES

I certify that I am admitted to practice in this court.

JUNE 6, 2007
Date

*Signature:* Jorge Sorote

Print Name: Jorge Sorote    Bar Number: JS 6908

Address: 67 Wall Street - 22nd Floor

City: New York    State: N.Y.    Zip Code: 10005-3111

Phone Number: 212-804-5703    Fax Number: 212-943-2300