# MORALES & ASSOCIATES
## Attorneys at Law
67 Wall Street, Ste 2200
New York, N.Y. 10005
Mail Add. P.O. Box187
Sparkill. NY 10976
646-258-0337

ANTONIO MORALES, ESQ.
-------
ISABELLE L. CURRO


STEVEN B. SHAPIRO+
+admitted in NY, NJ, PL, and CT

MEMO ENDORSED

07 CR 505 (CLB)

HON. CHARLES L. BRIEANT
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK         U.S.A VS. MIGUEL TORRES
300 QUARROPPAS STREET                 ~~IND. NO 06 MAG -734~~
WHITE PLAINS, NY. 10601

Dear Judge Bricant:

On September 11, 2007, I am to appear before you for the sentencing of Miguel Torres, the above indicted defendant. I respectfully request a short adjournment until September 20th.

As the whole world knows September 11th is very special day; at the time my office was near ground zero and I have been asked by several of my friends who were in the same location to be with them for a brief morning ceremony.

If date is acceptable to the Court, or any other convenient day for the Court, it would be greatly appreciated.

Respectfully yours,

Antonio Morales, Esq.

*Application Granted —
Sentencing now rescheduled
for Sept. 20, 2007 at 9:00 AM —
Sept. 10, 2007*

*Charles L. Brieant
USDJ*